

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                            |   |                      |
|----------------------------|---|----------------------|
|                            | § |                      |
| MIGUEL ANGEL FIERRO,       | § | No. 08-21-00005-CR   |
| Appellant,                 | § | Appeal from the      |
| v.                         | § | 42nd District Court  |
| THE STATE OF TEXAS,        | § | of Taylor County, Texas |
| State.                     | § | (TC# 28644A)         |
|                            | § |                      |

# O R D E R

The certification of the right to appeal indicates that the defendant does not have the right to appeal from the judgment of conviction in this plea bargain case. Appellant maintains that the record shows he does have the right to appeal. Under these circumstances, the Court has determined an abatement for further findings would aid the Court in disposing of this appeal.

Therefore, the Court ABATES this appeal and ORDERS the trial court to conduct a hearing within 20 DAYS on whether the defendant had the right to appeal, and to make findings of fact and conclusions of law as to whether the defendant had the right to appeal. The findings of fact and conclusions of law, along with any transcripts or other materials submitted at the hearing, are due with this Court within 10 days of the hearing.

IT IS SO ORDERED this 9th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.